# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. FIERRO, | 1:11-cv-197 LJO GSA |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE** |
| v. | |
| JC PENNY CORPORATION, INC., | (Document 23) |
| Defendant | |

Pending before this Court is Plaintiff's Motion to Compel filed on November 17, 2011. (Doc. 23).   However, the scheduled hearing for Plaintiff's motion currently set for January 6, 2012 at 9:30 am is VACATED.  On November 23, 2011, the parties were ordered to file joint statement pursuant to Local Rule 251(c) no later than seven days prior to the hearing. (Doc. 29). To date, no statement has been filed.  Accordingly, the motion is withdrawn from this Court's calendar and is denied without prejudice for failure to follow this Court's order.


   IT IS SO ORDERED.

   Dated:   **January 4, 2012**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

1