Anthony N. DeMaria, # 177894  (SPACE BELOW FOR FILING STAMP ONLY)
Gary A. Hunt, # 264639
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
J.C. PENNEY PROPERTIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY A. FIERRO,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., and DOES 1 to 10, inclusive,<br><br>    Defendant. | Case No.  1:11-CV-00197-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING THE EXPERT DISCLOSURE DEADLINES IN SCHEDULING CONFERENCE ORDER (DOC NO. 21)** |

  The parties hereto, after conferring through their respective attorneys of record, stipulate and agree, in the above-entitled matter, to the following date changes regarding expert disclosure:

  In order to allow adequate time for mediation of this matter, good cause under Federal Rule of Civil Procedure Rule 16 exists for the modification of the scheduling order as pertaining to deadlines for the disclosure of experts.

  The parties, therefore, stipulate and agree that the Trial date, Pre-Trial date, Settlement Conference date and other deadlines previously set by this Court be extended as follows:

  (1)  That the deadline for disclosure of all expert witnesses be extended from January 20, 2012, to February 20, 2012; and

  (2)  That the deadline for disclosure of rebuttal experts be extended from February 1, 2012

03664/00335-1855298.v1

to March 1, 2012; and

(3) That the Expert Discovery Cut-Off be extended to from March 8, 2012 to April 8, 2012.

The parties further stipulate that these extensions are necessary to allow for the parties to mediate in the time prior to disclosure of expert witnesses.

**THE PARTIES HEREBY STIPULATE TO THE ABOVE.**

Dated: January 19, 2012               McCORMICK, BARSTOW, SHEPPARD,
                                      WAYTE & CARRUTH LLP


                                      By: /s/ Gary A. Hunt
                                           Anthony N. DeMaria
                                           Gary A. Hunt
                                           Attorneys for Defendant
                                           J.C. PENNEY PROPERTIES, INC.

Dated: January 19, 2012               BARADAT & PABOOJIAN


                                      By: /s/ Daniel R. Baradat
                                           Daniel R. Baradat
                                           Attorneys for Plaintiff
                                           MARY A. FIERRO

## **ORDER**

The Court hereby orders that the terms of the above stipulation be put into effect with the following dates:

(1) Deadline for disclosure of all expert witnesses: February 20, 2012;

(2) Deadline for disclosure of rebuttal experts: March 1, 2012;

(3) Expert Discovery Cut-Off: April 8, 2012.

The parties are advised that all other dates outlined in this Court's Scheduling Order issued on November 16, 2011 (Doc. 21) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 23, 2012**                **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE