1  Anthony N. DeMaria, # 177894           (SPACE BELOW FOR FILING STAMP ONLY)
   Gary A. Hunt, # 264639
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Defendant
   J.C. PENNEY PROPERTIES, INC.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12  MARY A. FIERRO,                       Case No.  1:11-CV-00197-LJO-GSA

13             Plaintiff,                 **STIPULATION REGARDING
                                          SETTLEMENT CONFERENCE AND
14  v.                                    MEDIATION; ORDER THEREON**

15  J.C. PENNEY CORPORATION, INC., and
    DOES 1 to 10, inclusive,
16
               Defendant.
17

18       IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and by their

19  respective counsel, that the Settlement Conference scheduled for February 8, 2012, at 10:30 a.m.,

20  in Courtroom 10, shall be rescheduled to April 3, 2012, at 10:30 a.m., in Courtroom 10, so the

21  parties may participate in mediation.  The mediation of this matter is scheduled for February 22,

22  2012, at 1:00 p.m., in Fresno.

23       This stipulation may be executed in counterparts and by facsimile signature, each of

24  which, when executed, shall be an original and all of which together shall constitute one in the

25  same stipulation.  This stipulation shall be effective as of the date first above written, despite the

26  fact that various dates of execution by the parties may differ therefrom.  This stipulation contains

27  the entire agreement among the parties, the undersigned hereby consent to the terms set forth in

28  the foregoing stipulation.

03664/00335-1861043.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP

Dated: February 1, 2012　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD,
　　　　　　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP


　　　　　　　　　　　　　　　　　　　By:　　　　/s/ Anthony N. DeMaria
　　　　　　　　　　　　　　　　　　　　　　　　Anthony N. DeMaria
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　J.C. PENNEY PROPERTIES, INC.


Dated: February 2, 2012　　　　　　　　　　　　BARADAT & PABOOJIAN


　　　　　　　　　　　　　　　　　　　By:　　　　/s/ Daniel R. Baradat
　　　　　　　　　　　　　　　　　　　　　　　　Daniel R. Baradat
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　MARY A. FIERRO


### **ORDER**

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for February 8, 2012, be rescheduled to **April 4, 2012, at 10:30 a.m**., in Courtroom 10.


IT IS SO ORDERED.

　　Dated:　**February 3, 2012**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE