Anthony N. DeMaria, # 177894
Gary A. Hunt, # 264639
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
J.C. PENNEY PROPERTIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY A. FIERRO,<br><br>            Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., and DOES 1 to 10, inclusive,<br><br>            Defendant. | Case No.  1:11-CV-00197-LJO-GSA<br><br>**STIPULATION REGARDING SETTLEMENT CONFERENCE AND MEDIATION; ORDER THEREON** |

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and by their respective counsel, that the Settlement Conference scheduled for February 8, 2012, at 10:30 a.m., in Courtroom 10, shall be rescheduled to April 3, 2012, at 10:30 a.m., in Courtroom 10, so the parties may participate in mediation.  The mediation of this matter is scheduled for February 22, 2012, at 1:00 p.m., in Fresno.

This stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same stipulation.  This stipulation shall be effective as of the date first above written, despite the fact that various dates of execution by the parties may differ therefrom.  This stipulation contains the entire agreement among the parties, the undersigned hereby consent to the terms set forth in the foregoing stipulation.

03664/00335-1861043.v1

Dated: February 1, 2012                McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP


                                       By:      /s/ Anthony N. DeMaria
                                              Anthony N. DeMaria
                                              Attorneys for Defendant
                                           J.C. PENNEY PROPERTIES, INC.


Dated: February 2, 2012                       BARADAT & PABOOJIAN


                                       By:       /s/ Daniel R. Baradat
                                               Daniel R. Baradat
                                              Attorneys for Plaintiff
                                                MARY A. FIERRO


## **ORDER**

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for February 8, 2012, be rescheduled to **April 4, 2012, at 10:30 a.m**., in Courtroom 10.


IT IS SO ORDERED.

   Dated:   **February 3, 2012**                  **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE