Anthony N. DeMaria, # 177894  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:   (559) 433-1300  
Facsimile:    (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant  
JC PENNEY CORPORATION, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY A. FIERRO,<br><br>                        Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., and DOES 1 to 10, inclusive,<br><br>                        Defendant. | Case No.  1:11-CV-00197-LJO-SKO<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JC PENNEY CORPORATION, INC.** |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, as follows:

WHEREAS the above-captioned matter has been dismissed;

THEREFORE IT IS HEREBY AGREED AND STIPULATED by the Parties, that this Honorable Court dismiss plaintiff's Complaint, with prejudice and that no further claims will be brought against Defendant, J.C. PENNEY CORPORATION, INC., in the above- captioned matter.

/ / /

McCormick, Barstow,  
Sheppard, Wayte &  
Carruth LLP

03664/00335-1940185.v1

The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further, that faxed signatures shall be treated as originals.

Dated: March 30, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP


                                         By:       /s/ Anthony N. DeMaria
                                                Anthony N. DeMaria
                                                Attorneys for Defendant
                                                J.C. PENNEY PROPERTIES, INC.


Dated: March 23, 2012                    BARADAT & PABOOJIAN, INC.


                                         By:       /s/ Daniel R. Baradat
                                                Daniel R. Baradat
                                                Attorneys for Plaintiff
                                                MARY A. FIERRO


### **ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is dismissed, with prejudice. The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **March 30, 2012**                  /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

03664/00335-1940185.v1                   2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP