1  Anthony N. DeMaria, # 177894  (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant
6  JC PENNEY CORPORATION, INC

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 FRESNO DIVISION

11

12 | MARY A. FIERRO, | Case No.  1:11-CV-00197-LJO-SKO
13 | Plaintiff, |
14 | v. | **STIPULATION AND ORDER TO DISMISS DEFENDANT JC PENNEY CORPORATION, INC.**
15 | J.C. PENNEY CORPORATION, INC., and DOES 1 to 10, inclusive, |
16 | |
17 | Defendant. |

18
                                **STIPULATION**
19

20  IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their

21  respective counsel of record, as follows:

22  WHEREAS the above-captioned matter has been dismissed;

23  THEREFORE IT IS HEREBY AGREED AND STIPULATED by the Parties, that this

24  Honorable Court dismiss plaintiff's Complaint, with prejudice and that no further claims will be

25  brought against Defendant, J.C. PENNEY CORPORATION, INC., in the above- captioned

26  matter.

27  / / /

28

McCormick, Barstow,   03664/00335-1940185.v1
Sheppard, Wayte &
Carruth LLP

1  The parties agree that this Stipulation may be signed in counterpart, and each counterpart
2  shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and
3  further, that faxed signatures shall be treated as originals.

5  Dated: March 30, 2012                           McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP

                                            By:         /s/ Anthony N. DeMaria
                                                    Anthony N. DeMaria
                                                    Attorneys for Defendant
                                                    J.C. PENNEY PROPERTIES, INC.

11 Dated: March 23, 2012                           BARADAT & PABOOJIAN, INC.

                                            By:         /s/ Daniel R. Baradat
                                                    Daniel R. Baradat
                                                    Attorneys for Plaintiff
                                                    MARY A. FIERRO

### **ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is dismissed, with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **March 30, 2012**                         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

03664/00335-1940185.v1                        2